FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | '08 CR 2643 IEG |
|---|---|---|
| Plaintiff, | ) | Criminal Case No. _____ |
| | ) | **INFORMATION** |
| v. | ) | |
| | ) | Count One: 18 U.S.C. §§ 371, 2, |
| RODERICK VANG THOR, | ) | 1167(b), 1952, 2314, and 2315. |
| Defendant. | ) | |

The United States Attorney charges:

Count One

1. Between in or about the middle of 2003 through in or about January 2004, Defendant RODERICK VANG THOR was a member of the Tran Organization, a criminal enterprise, based in the Southern District of California and elsewhere, whose members and associates engaged in criminal activities involving theft of large amounts of money from casinos and gaming establishments through a card-cheating scheme;

2. Between in or about the middle of 2003 through in or about January 2004, Defendant RODERICK VANG THOR did knowingly, willfully, and unlawfully conspire, confederate and agree with other persons known and unknown, including other members of the Tran Organization, to commit the following crimes against the United States:

   A. To abstract, purloin, and willfully misapply, and take and carry away with intent to steal, money, funds, assets and other

1 property of a value in excess of one thousand dollars ($1,000)
2 belonging to a gaming establishment operated by and for, and licensed
3 by an Indian Tribe pursuant to an ordinance and resolution approved
4 by the National Indian Gaming Commission; in violation of Title 18,
5 United States Code, Section 1167(b);

6          B.   To travel and cause travel in interstate and foreign
7 commerce, and use a facility in interstate and foreign commerce, with
8 intent to promote, manage, establish, carry on, and facilitate the
9 promotion, management, establishment, and carrying on, of unlawful
10 activity, to wit: a business enterprise involving gambling, and
11 bribery, in violation of the laws of the State of Washington, and
12 thereafter perform and attempt to perform said unlawful activity, in
13 violation of Title 18, United States Code, Section 1952;

14          C.   To transport, transmit, and transfer in interstate and
15 foreign commerce goods, wares, merchandise, securities, and money of
16 the value of $5,000 and more, knowing the same to have been stolen,
17 converted, and taken by fraud, in violation of Title 18, United States
18 Code, Section 2314;

19          D.   To receive, possess, conceal, store, barter, sell, and
20 dispose of goods, wares, and merchandise, securities, and money, of
21 the value of $5,000 and more, which crossed a State and United States
22 boundary after being stolen, unlawfully converted, and taken, knowing
23 the same to have been stolen, unlawfully converted, and taken, in
24 violation of Title 18, United States Code, Sections 2315; and

25     3.   One of the members of the Tran Organization performed at
26 least one overt act for the purpose of carrying out the conspiracy.
27 //
28 //

1  All in violation of Title 18, United States Code, Sections 371
2  and 2.
3  Date: <u>August 11, 2008</u>
4
5  KAREN P. HEWITT
   United States Attorney
6
   ROBERT S. TULLY
7  Special Assistant U.S. Attorney
   Southern District of California U.S. Attorney's Office
8  Trial Attorney, U.S. Department of Justice

   /s/ Joseph Wheatley
9  _____
   JOSEPH K. WHEATLEY
10 Special Assistant U.S. Attorney,
   Southern District of California U.S. Attorney's Office
11 Trial Attorney, U.S. Department of Justice

12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

28                                          Criminal Case No._____