KAREN P. HEWITT
United States Attorney
JOSEPH K. WHEATLEY
Special Assistant United States Attorney
Trial Attorney, U.S. Department of Justice
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6882 c/o Stephanie Delgadillo
Email Joe.Wheatley@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08-CR-2643-IEG |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| RODERICK VANG THOR, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Robert Tully**, SAUSA, Robert.Tully@usdoj.gov

//

//

| | |
|---|---|
| 1 | Effective this date, the following attorneys are no longer associated with this case and |
| 2 | should not receive any further Notices of Electronic Filings relating to activity in this case (if the |
| 3 | generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 4 | association): |
| 5 | Name |
| 6 | None |
| 7 | |
| 8 | Please call me if you have any questions about this notice. |
| 9 | DATED: August 15, 2008. |
| 10 | |
| 11 | Respectfully submitted, |
| 12 | KAREN P. HEWITT<br>United States Attorney |
| 13 | |
| 14 | s/ Joseph K. Wheatley |
| 15 | JOSEPH K. WHEATLEY<br>Special Assistant United States Attorney |
| 16 | Trial Attorney, U.S. Department of Justice<br>Attorneys for Plaintiff |
| 17 | United States of America |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 2 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08-CR-2643-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>CERTIFICATE OF SERVICE</u> |
| | ) | |
| RODERICK VANG THOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1.**          **Russell Babcock; 1400 6th Avenue, Suite 210b; San Diego, CA 92101**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **1.**          **None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2008.

s/ Joseph K. Wheatley    
JOSEPH K. WHEATLEY
