| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | JOSEPH K. WHEATLEY<br>Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice<br>880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893<br>Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov<br>Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2643-IEG |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| RODERICK VANG THOR, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States v. Phuong Quoc Truong, et al.</u>, Criminal Case No. 07-CR-1312-JAH. Pursuant to a signed Plea Agreement, both parties agree that this case is related to Criminal Case No. 07-CR-1312-JAH, because the defendant's case is a part of the conspiracy alleged in Criminal Case No. 07-CR-1312-JAH. Both parties further agree that the government would file a Notice of Related Case with the Court to that effect. On this same date, the government filed an Unopposed Motion Regarding Notice of Related Case, without objection from defense counsel, to accompany this Notice of Related Case.

DATED: August 15, 2008.

                                            Respectfully submitted,
                                            KAREN P. HEWITT
                                            United States Attorney

                                            s/ Joseph K. Wheatley
                                            JOSEPH K. WHEATLEY
                                            Special Assistant U.S. Attorney
                                            Trial Attorney, U.S. Department of Justice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2643-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>CERTIFICATE OF SERVICE</u> |
| | ) | |
| RODERICK VANG THOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF RELATED CASE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1.**    **Russell Babcock; 1400 6th Avenue, Suite 210b; San Diego, CA 92101**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **1.**    **None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2008.

                                                                            s/ Joseph K. Wheatley
                                                                            JOSEPH K. WHEATLEY