1

2

3

4

5

6

7



8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,          )    Criminal No. O8 2643-ICC

11                    Plaintiff,         )    **CONSENT TO RULE 11 PLEA IN A**
                                         )    **FELONY CASE BEFORE UNITED**
12    v.                                 )    **STATES MAGISTRATE JUDGE**
                                         )
13    Roderick THOR                      )
                                         )
14                    Defendant.         )
                                         )
15    _____)

16        I have been advised by my attorney and by the United States

17    Magistrate Judge of my right to enter my plea in this case before

18    a United States District Judge.  I hereby declare my intention to

19    enter a plea of guilty in the above case, and I request and

20    consent to have my plea taken by a United States Magistrate Judge

21    pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22        I understand that if my plea of guilty is taken by the

23    United States Magistrate Judge, and the Magistrate Judge

24    recommends that the plea be accepted, the assigned United States

25    District Judge will then decide whether to accept or reject any

26    plea agreement I may have with the United States and will

27    adjudicate guilt and impose sentence.

28        I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

1  Judge's findings and recommendation must be filed within 14 days

2  of the entry of my guilty plea.

3

4

5  Dated: 8/14/08 _____          _____

6                                                    Defendant

7

8

9  Dated: _8/14/08_____          _____

10                                                    Attorney for Defendant

11

12        The United States Attorney consents to have the plea in this

13  case taken by a United States Magistrate Judge pursuant to

14  Criminal Local Rule 11.2.

15

16

17  Dated: _8/14/08_____          _____

18                                                    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28